Joe Willie STEWART *v.* STATE of Arkansas

702 S.W.2d 2

Supreme Court of Arkansas
Opinion delivered January 27, 1986

*John Norman Warnock,* for petitioner.

*Steve Clark,* Att'y Gen., by: *Theodore Holder,* Asst. Att'y Gen., for respondent.

PER CURIAM. Petitioner, Joe Willie Stewart, by his attorney,

John Norman Warnock, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the ninety-day limit for filing the record in this Court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE J., not participating.